

04cv887 Stip/o
SOD

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
JAN 9   9 40 AM '06
U.S. DISTRICT COURT
NEW HAVEN CONN

DELAINE J. BALDWIN,      :
                         :
    Plaintiff,           :
                         :
    -vs-                 :    CIVIL NO. 3:04cv887 (PCD)
                         :
POTZ and DEPARTMENT OF   :
CORRECTIONS,             :
                         :
    Defendants.          :

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 6th day of January, 2006.

_____
Delaine J. Baldwin
Plaintiff

_____
Madeline A. Melchionne, Esq.
Attorney for Defendants

## **ORDER**

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than thirty (30) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 6th day of January, 2006.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court